598 A.2d 27

**Charles Arthur STRAUB**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (CITY OF ERIE).**

**Appeal of CITY OF ERIE.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1991.

Decided Oct. 30, 1991.

Joseph J. May, Plate, Shapira, Hutzelman, May, Walsh & Brabender, Erie, for appellant.

J. Scott Leckie, Yablonski, King, Costello & Leckie, Washington, for Charles Arthur Straub.

Norman R. Haigh, Secretary, W.C.A.B., Harrisburg.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.